IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. _____ |

## **LCVR 7.1 CERTIFICATE**

Certificate required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Alta Bates Summit Medical Center, which have any outstanding securities in the hands of the public:

NONE

70326503.1

- 1 -

- 2 -

These representations are made in order that the judges of this court may determine the need for recusal.

                Respectfully submitted,

                FULBRIGHT & JAWORSKI L.L.P.

                BY:  /s/ Dan M. Peterson
                      Dan M. Peterson
                      D.C. Bar No. 418360
                      801 Pennsylvania Avenue, N.W.
                      Washington, DC  20004
                      Telephone:  (202) 662-0200
                      Telecopier:  (202) 662-4643

                Attorney for Plaintiff

Dated:  June 13, 2008