**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, in his official capacity as | ) |
| Secretary, United States Department of Health and | ) Civil Action No. 1:08-CV-01015 CKK |
| Human Services | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**PROOF OF SERVICE**

Pursuant to Fed. R. Civ. P. 4(i) and (l), I hereby certify that on the 13th day of June 2008,

I caused a summons and a copy of the Complaint in this case to be served, by certified mail,

return receipt requested, on the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

Michael O. Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington D.C. 20201

United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington D.C. 20530

70340213.1

- 2 -

Attached as Exhibit A are photocopies of the executed summons and domestic return receipt cards indicating that the summons and Complaint were received by the Attorney General on June 19, 2008 and by Michael O. Leavitt and the United States Attorney on June 17, 2008.

Dated:  July 14, 2008                           Respectfully submitted,

                                                FULBRIGHT & JAWORSKI L.L.P.

                                                By:    /s/ Dan M. Peterson
                                                       Dan M. Peterson
                                                       D.C. Bar No. 418360
                                                       Fulbright & Jaworski L.L.P.
                                                       801 Pennsylvania Avenue, N.W.
                                                       Washington, DC  20004-2604
                                                       (202) 662-0200
                                                       Attorney for Plaintiff

70340213.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, in his official capacity as | ) |
| Secretary, United States Department of Health and | ) Civil Action No. 1:08-CV-01015 CKK |
| Human Services | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**PROOF OF SERVICE**

# EXHIBIT A

70340213.1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alta Bates Summit Medical Center

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his Official Capacity as
Secretary, United States Department of
Health and Human Services

CASE N

Case: 1:08-cv-01015
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dan M. Peterson
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUN 1 3 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 19, 2008 |
| NAME OF SERVER (PRINT)  Dan M. Peterson | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  __**Certified Mail, Return Receipt Requested**__

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **7/14/07**
             Date

*Signature of Server*

**801 Pennsylvania Ave., NW, Washington, DC   20004**

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC    20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
   JUN 1 3 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**X-RAYED**

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)    7003  0500  6002  8048  3389

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alta Bates Summit Medical Center

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his Official Capacity as
Secretary, United States Department of
Health and Human Services

CA

Case: 1:08-cv-01015
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael O. Leavitt, in his Official Capacity as Secretary,
United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dan M. Peterson
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 3 2008

_____     _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev DC  September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 17, 2008 |
| NAME OF SERVER (*PRINT*)<br>**Dan M. Peterson** | TITLE | **Attorney for Plaintiff** |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:   _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):   **Certified Mail, Return Receipt Requested**

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **7/14/07**                    _____
                    Date                              *Signature of Server*


**801 Pennsylvania Ave., NW, Washington, DC 20004**
_____
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name*)   C. Date of Delivery 6-17-08 |
| 1. Article Addressed to: <br><br> Michael O. Leavitt <br> Secretary <br> U.S. Dept. of Health <br> and Human Services <br> 200 Independence Ave., SW <br> Washington, DC   20201 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)*  7003  0500  0002  8048  3365 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alta Bates Summit Medical Center

### SUMMONS IN A CIVIL CASE

V.

Michael O. Leavitt, in his Official Capacity as
Secretary, United States Department of
Health and Human Services

CA:   Case: 1:08-cv-01015
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
555 4th Street, NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dan M. Peterson
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 JUN 1 3 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 17, 2008 |
| NAME OF SERVER (PRINT)<br>Dan M. Peterson | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):   **Certified Mail, Return Receipt Requested** _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **7/14/07**                    _____
                     Date                              Signature of Server

**801 Pennsylvania Ave., NW, Washington, DC 20004**

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **U.S. Attorney for the**
    **District of Columbia**
    **555 4th Street, NW**
    **Washington, DC    20530**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                   ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
    JUN 17 2008

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandis
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7003 0500 0002 8048 3312

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1