AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Alta Bates Summit Medical Center

        Plaintiff(s)

vs.

Michael O. Leavitt

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:08-cv-01015

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lara E. Parkin__ as counsel in this
                                 (Attorney's Name)

case for:  Alta Bates Summit Medical Center
               (Name of party or parties)

August 11, 2008
Date

*(signature)*
Signature

475974
BAR IDENTIFICATION

Lara E. Parkin
Print Name

801 Pennsylvania Ave. NW
Address

Washington   DC   20004
City   State   Zip Code

(202) 662-0200
Phone Number