UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>                Plaintiff,<br><br>                v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:08-cv-01015 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 45-day enlargement of time, up to and including October 3, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on August 11, 2008, regarding the instant motion. Plaintiff, through counsel, has stated that it does not object to the requested extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on June 13, 2008, and the current deadline for the Secretary's response to Plaintiff's Complaint is August 18, 2008. *See* Fed. R. Civ. P. 12(a)(2).

2. Plaintiff challenges a decision by the Provider Reimbursement Review Board to deny

certain Medicare Reimbursement. The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within the Center for Medicare and Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel has not yet received the administrative record for this action from OAA, and OAA has predicted that the record will be quite large. More specifically, OAA has predicted that the record will consist of approximately thirteen volumes. Once it has received the administrative record, the Secretary's counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. To allow sufficient time for all of the above to occur, the Secretary respectfully requests an enlargement of time of 45 days, up to and including October 3, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

6. The instant motion for an enlargement of time is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372


/s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
ANDREW S.M. TSUI
Law Clerk
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-02-24
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895


OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:08-cv-01015 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Defendant's "Unopposed Motion"), and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Unopposed Motion is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including October 3, 2008, to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel